Decision Per Curiam.

John Claflin, Appellant. v. W. W. Langford, Appellee.

Division B.

Appeal from Circuit Court, DeSoto county; Joseph B. Wall, Judge.

*Forrester & Burton,* for Appellant.

No appearance for Appellee.

There being no proof of the service of the appeal herein by recording the entry of appeal thereof in the chancery order book, or otherwise. and the appellee not having appeared voluntarily, and the court being without jurisdiction of the person of the appellee, the appeal is dismissed.

Decision Per Curiam.